TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00348-CR







John Parod, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT


NO. 0945479, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING







PER CURIAM



 This is an appeal from the judgment of conviction for possession of controlled
substance, namely: methamphetamine. Appellant has filed a motion to withdraw the appeal. No
decision of this Court has been delivered. The motion is granted and the appeal is dismissed. See
Tex. R. App. P. 59(b).




Before Chief Justice Carroll, Justices Aboussie and Jones


Appeal Dismissed on Appellant's Motion


Filed: July 19, 1995


Do Not Publish